Order entered August 19, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00638-CR

**DELARIAN DEMONT FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59900-U**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on July 23, 2013

filed as of the date of this order.


/s/    LANA MYERS
       JUSTICE